UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Andre Capps,
Douglas Robert
v.  Gibson, Jr.
Joseph Dixon, et al

Civil Action No. _____

## DISCLOSURE STATEMENT

The undersigned counsel for **Plaintiffs**, certifies that this party is a non-governmental corporate party and that:

☐ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

### OR

☒ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock. **The parties are individuals.**

_____  _____
Signature of Attorney             Name of Firm: Louis Charles Shapiro, P.A.

Print Name: Louis Charles Shapiro
Address: 1063 E. Landis Ave.

Date: 5/1/19
City/State/ZIP Code: Vineland, NJ 08360

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)