# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

AUDRA CAPPS, ET AL.,
*Plaintiff*

V.

JOSEPH DIXON, ET AL.,
*Defendant*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:19-CV-12002-RMB-AMD

TO: *(Name and address of Defendant):* Officer Joseph Dixon (#172)
c/o Ms. Jeanne M. Hitchner, City Clerk
City of Millville
City Hall, 12 S. High Street
Millville, NJ 08332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2019-05-02 12:51:23, Clerk
USDC NJD

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 5/8/19 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Louis Charles Shapiro | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Personally handed the summons and complaint to Ms. Laura Burns of the Millville City Clerk's Office today, 5/8/19 at 10:10 a.m. at City Hall, 12 S. High St., Millville, NJ.

☐ Returned unexecuted:

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
             Date              Signature of Server

                              _____
                              Address of Server

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

AUDRA CAPPS, ET AL.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

JOSEPH DIXON, ET AL.,
*Defendant*

CASE NUMBER: 1:19-CV-12002-RMB-AMD

TO: *(Name and address of Defendant):* Officer Bryan Orndorf (#183)
c/o Ms. Jeanne M. Hitchner, City Clerk
City of Millville
City Hall, 12 S. High Street
Millville, NJ 08332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2019-05-02 12:51:23, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/8/19 |
| NAME OF SERVER *(PRINT)* Louis Charles Shapiro | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Personally handed the summons and complaint to Ms. Laura Burns of the Millville City Clerk's Office today, 5/8/19 at 10:10 a.m., at City Hall, 12 S. High St., Millville, NJ.

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/8/19
Date

Signature of Server

1063 E. Landis Ave.
Vineland, NJ 08360
Address of Server

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

AUDRA CAPPS, ET AL.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

JOSEPH DIXON, ET AL.,
*Defendant*

CASE NUMBER: **1:19-CV-12002-RMB-AMD**

TO: *(Name and address of Defendant):* Chief of Police Jody Farabella
c/o Ms. Jeanne M. Hitchner, City Clerk
City of Millville
City Hall, 12 S. High Street
Millville, NJ 08332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2019-05-02 12:51:23, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/8/19 |
| NAME OF SERVER (PRINT) Louis Charles Shapiro | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Personally handed

☒ Name of person with whom the summons and complaint were left: the summons and complaint to Ms. Laura Burns of the Millville City

☐ Returned unexecuted: Clerk's Office today, 5/8/19 at 10:10 a.m., at City Hall, 12 S. High St., Millville, NJ.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/8/19
                   Date

Signature of Server

1063 E. Landis Ave.
Vineland, NJ 08360
Address of Server

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

AUDRA CAPPS, ET AL.,
*Plaintiff*

V.

**SUMMONS IN A CIVIL CASE**

JOSEPH DIXON, ET AL.,
*Defendant*

CASE NUMBER: 1:19-CV-12002-RMB-AMD

TO: *(Name and address of Defendant):* City of Millville
c/o Ms. Jeanne M. Hitchner, City Clerk
City of Millville
City Hall, 12 S. High Street
Millville, NJ 08332

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

s/ WILLIAM T. WALSH
CLERK



ISSUED ON 2019-05-02 12:51:23, Clerk
USDC NJD

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/8/19 |
| NAME OF SERVER (PRINT) Louis Charles Shapiro | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Personally handed the summons and complaint to Ms. Laura Burns of the Millville City Clerk's office today, 5/8/19 at 10:10 a.m., at City Hall, 12 S. High St., Millville, NJ

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/8/19
Date

Signature of Server: [signed]
Address of Server: 1063 E. Landis Ave. Vineland, NJ 08360