A. Michael Barker, Esquire
Attorney ID#009511976
Vanessa E. James, Esquire
Attorney ID#022442005
Barker, Gelfand, James & Sarvas
A PROFESSIONAL CORPORATION
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
AMBarker@BarkerLawFirm.net
Our File Number: 47620-172
Attorney for Defendants, City of Millville, Police Officer Bryan Orndorf, and Millville Chief of Police Jody Farabella

AUDRA CAPPS; AND DOUGLAS ROBERT GIBSON, JR.

Plaintiff,

v.

JOSEPH DIXON; BRYAN ORNDORF; JODY FARABELLA; CITY OF MILLVILLE; JOHN/JANE DOE(S) I JOHN/JANE DOE(S) II, JOHN/JANE DOE(S) III; and JOHN/JANE DOE(S) IV,

Defendants.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE**

Docket Number: 1:19-cv-12002
Civil Action

**CONSENT ORDER**

THIS MATTER having come before the Court upon the application of A. Michael Barker, Esquire, of Barker, Gelfand, James & Sarvas on behalf of the Defendants, City of Millville, Police Officer Bryan Orndorf, and Millville Chief of Police Jody Farabella and, Louis C. Shapiro,

Esquire, appearing on behalf of the Plaintiff; and, the Court having reviewed the matter and for good cause having been shown;

For good cause shown, it is Ordered and Adjudged that in the above captioned matter A. Michael Barker, Esquire of Barker, Gelfand, James & Sarvas 210 New Road ~ Suite 12, Linwood Greene, Linwood, New Jersey 08221 shall be and hereby is granted leave to file an Answer or otherwise plead to the Complaint on behalf of the Defendants, City of Millville, Police Officer Bryan Orndorf, and Millville Chief of Police Jody Farabella within thirty (30) days from the date of the Order.

AMM 7/17/19

~~Judge Renee Marie Bumb~~
Magistrate Judge Ann Marie Donio

We hereby consent to the form and entry of the within Order.

By: [signature] 7/16/19
Louis Charles Shapiro, Esquire
Attorney for Plaintiff

**BARKER, GELFAND, JAMES & SARVAS**
**A Professional Corporation**

By: [signature]
A. Michael Barker, Esquire
Attorney for Defendant,
City of Millville,
Police Officer Bryan Orndorf, and
Millville Chief of Police Jody Farabella