AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

Audra Capps; and Douglas Robert Gibson, Jr. )
                *Plaintiff* )
                v. )   Case No. 1:19-cv-12002
Bryan Orndorf; Jody Farabella; City of Millville et al )
                *Defendant* )

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Police Officer Bryan Orndor; Chief of Police Jody Farabella and the City of Millvile.

Date:   07/17/2019

*Attorney's signature*

A. Michael Barker, Esquire #009511976
*Printed name and bar number*

210 New Road - Suite 12
Linwood Greene
Linwood, NJ 08221
*Address*

ambarker@barkerlawfirm.net
*E-mail address*

(609) 601-8677
*Telephone number*

(609) 601-8577
*FAX number*