**REYNOLDS & HORN, P.C.**
116 South Raleigh Avenue
Suite 9B
Atlantic City, NJ 08401
609-335-4719
By: Thomas B. Reynolds, Esquire
(Atty. ID #019311982)
Attorney for Defendant, Officer Joseph Dixon
File No. 8111-TBR

| | |
|---|---|
| AUDRA CAPPS; AND DOUGLAS ROBERT GIBSON, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH DIXON; BRYAN ORNDORF; JODY FARABELLA; CITY OF MILLVILLE; JOHN/JANE DOE(S), <br><br> Defendants. | THE UNITED STATES DISTRICT COURT <br><br> CIVIL NO. 1:19-CV-12002-RMB-AMD <br><br> CIVIL ACTION <br><br> **CONSENT ORDER FOR DEFENDANT OFFICER JOSEPH DIXON TO FILE ANSWERING PLEADINGS** |

This matter having been opened to the Court by Thomas B. Reynolds, Esquire, of Reynolds & Horn, PC, counsel for defendant Millville Police Officer Joseph Dixon, and the Plaintiffs' attorney Louis Charles Shapiro, Esquire, having consented hereto, it is on this          day of                    , 2019:

HEREBY ORDERED that leave of Court is hereby granted to DEFENDANT MILLVILLE POLICE OFFICER JOSEPH DIXON to file answering pleadings in response to Plaintiffs' Complaint, within the next 7 days.

I hereby Consent to entry of the within Order

_____   7/17/19
Louis Charles Shaprio, Esquire,

Attorney for Plaintiffs

_____
Hon. Ann Marie Donio, U.S.M.J.