**REYNOLDS & HORN, P.C.**
116 South Raleigh Avenue
Suite 9B
Atlantic City, NJ  08401
609-335-4719
By:  Thomas B. Reynolds, Esquire
(Atty. ID #019311982)
Attorney for Defendant, Officer Joseph Dixon
File No. 8111-TBR

| | |
|---|---|
| AUDRA CAPPS; AND DOUGLAS ROBERT GIBSON, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>JOSEPH DIXON; BRYAN ORNDORF; JODY FARABELLA; CITY OF MILLVILLE; JOHN/JANE DOE(S),<br><br>Defendants. | THE UNITED STATES DISTRICT COURT<br><br>CIVIL NO. 1:19-CV-12002-RMB-AMD<br><br>CIVIL ACTION<br><br>**CONSENT ORDER FOR DEFENDANT OFFICER JOSEPH DIXON TO FILE ANSWERING PLEADINGS** |

This matter having been opened to the Court by Thomas B. Reynolds, Esquire, of Reynolds & Horn, PC, counsel for defendant Millville Police Officer Joseph Dixon, and the Plaintiffs' attorney Louis Charles Shapiro, Esquire, having consented hereto, it is on this 18th day of     July          , 2019:

HEREBY ORDERED that leave of Court is hereby granted to DEFENDANT MILLVILLE POLICE OFFICER JOSEPH DIXON to file answering pleadings in response to Plaintiffs' Complaint, within the next 7 days.

I hereby Consent to entry of the within Order

7/17/19

Louis Charles Shaprio, Esquire,

Attorney for Plaintiffs

Hon. Ann Marie Donio, U.S.M.J.