# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 – Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **
JEFFREY P. SARVAS

GREG DILORENZO

*Burlington County Office:*
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail: TGelfand@BarkerLawFirm.net
*By Appointment Only*

*Gloucester County Office:*
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: VJames@BarkerLawFirm.net
*By Appointment Only*

*CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA

Website: www.barkerlawfirm.net
e-mail: AMBarker@BarkerLawFirm.net

PLEASE REPLY TO
ATLANTIC COUNTY OFFICE

THIS DOCUMENT IS PRIVILEGED, CONFIDENTIAL, AND/OR EXEMPT FROM
DISCLOSURE UNDER APPLICABLE LAW, INCLUDING BUT NOT LIMITED TO THE
ATTORNEY/CLIENT AND WORK PRODUCT PRIVILEGE

July 24, 2019

*Via ECF Filing*
Magistrate Judge Ann Marie Donio
United States District Court/Camden
Mitchell H. Cohen United States Court House
One John F. Gerry Plaza – Courtroom 4D
PO Box 887
Camden, New Jersey 08101

Re: Audra Capps v. City of Millville, Police Officer Joseph Dixon, Police Officer Bryan Orndorf, and Millville Chief of Police Jody Farabella
   Civil Action Number: 1:19-cv-12002-RMB-AMD
   Qual-Lynx File Number: 2019173222
   Date of Event: February 25, 2018
   Our File Number: 47620-178

Dear Judge Donio:

Page 2
July 24, 2019
Magistrate Judge Ann Marie Donio
Re:     Audra Capps v. City of Millville, Police Officer Joseph Dixon, Police Officer Bryan Orndorf, and Millville Chief of Police Jody Farabella
        Civil Action Number: 1:19-cv-12002-RMB-AMD
        Qual-Lynx File Number: 2019173222
        Date of Event: February 25, 2018
        Our File Number: 47620-178

Our office represents the City of Millville, Police Officer Bryan Orndorf and Millville Chief of Police Jody Farabella in the above captioned matter. Attached please find a Consent Order Extending time to Respond to Complaint containing Plaintiff's counsel's signature. We respectfully request your Honor to execute the Consent Order and place the same on the docket so that I may file a response on behalf of my clients.

Thank you for your time and attention to this matter.

                                Very truly yours,
                                **BARKER, GELFAND, JAMES & SARVAS**
                                a Professional Corporation

                                By: _____
AMB/kr                              A. Michael Barker, Esquire

Enclosure: Consent Order

cc:     *with copy of enclosure to via ECF Filing:*

        shap1@prodigy.net
        Louis Charles Shapiro, Esquire
        Attorney for Plaintiff

        Thomas Reynolds, Esquire
        Attorney for Defendant, Officer Joseph Dixon
        treynolds@reynoldshornlaw.com

A. Michael Barker, Esquire
Attorney ID#009511976
Vanessa E. James, Esquire
Attorney ID#022442005
Barker, Gelfand, James & Sarvas
A PROFESSIONAL CORPORATION
Linwood Greene – Suite 12
210 New Road
Linwood, New Jersey 08221
(609) 601-8677
AMBarker@BarkerLawFirm.net
Our File Number: 47620-172
Attorney for Defendants, City of Millville, Police Officer Bryan Orndorf, and Millville Chief of Police Jody Farabella

| | |
|---|---|
| AUDRA CAPPS; AND DOUGLAS ROBERT GIBSON, JR.<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH DIXON; BRYAN ORNDORF; JODY FARABELLA; CITY OF MILLVILLE; JOHN/JANE DOE(S) I JOHN/JANE DOE(S) II, JOHN/JANE DOE(S) III; and JOHN/JANE DOE(S) IV,<br><br>Defendants. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE<br><br>Docket Number: 1:19-cv-12002<br>Civil Action<br><br>**CONSENT ORDER** |

THIS MATTER having come before the Court upon the application of A. Michael Barker, Esquire, of Barker, Gelfand, James & Sarvas on behalf of the Defendants, City of Millville, Police Officer Bryan Orndorf, and Millville Chief of Police Jody Farabella and, Louis C. Shapiro,

Esquire, appearing on behalf of the Plaintiff; and, the Court having reviewed the matter and for good cause having been shown;

For good cause shown, it is Ordered and Adjudged that in the above captioned matter A. Michael Barker, Esquire of Barker, Gelfand, James & Sarvas 210 New Road ~ Suite 12, Linwood Greene, Linwood, New Jersey 08221 shall be and hereby is granted leave to file an Answer or otherwise plead to the Complaint on behalf of the Defendants, City of Millville, Police Officer Bryan Orndorf, and Millville Chief of Police Jody Farabella within thirty (30) days from the date of the Order.

~~Judge Renee Marie Bumb~~
Magistrate Judge Ann Marie Donio

We hereby consent to the form and entry of the within Order.

By: _____  7/16/19
Louis Charles Shapiro, Esquire
Attorney for Plaintiff

BARKER, GELFAND, JAMES & SARVAS
A Professional Corporation

By: _____
A. Michael Barker, Esquire
Attorney for Defendant,
City of Millville,
Police Officer Bryan Orndorf, and
Millville Chief of Police Jody Farabella