UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                    Proceeding Date: October 16, 2019

**JUDGE ANN MARIE DONIO**

Court Reporter: ECR

**TITLE OF CASE:**                                **DOCKET NO. 19-12002(RMB/AMD)**
Audra Capps, et al
v.
Joseph Dixon, et al

**APPEARANCES:**
Louis Shapiro, Esq. for plaintiffs
Thomas Reynolds, Esq. for defendant Dixon
Michael Barker, Esq. for defendants City of Millville, Orndorf and Farabella

**NATURE OF PROCEEDINGS:**   Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 2:32 p.m.    Time Adjourned: 2:35 p.m.    Total time: 3 mins.