## **Exhibit List**

| Ex. | Description |
|---|---|
| 1 | Marable v. W. Pottsgrove Twp., 176 Fed. Appx. 275 |
| 2 | Zampetis v. City of Atl. City_ 2015 U.S. Dist. LEXIS 169997 |
| 3 | Zampetis v. City of Atl. City, 2016 U.S. Dist. LEXIS 132929 |
| 4 | Forero v. Atl. City_ 2014 U.S. Dist. LEXIS 43228 |
|  |  |
|  |  |
|  |  |
|  |  |