**REYNOLDS & HORN, P.C.**
116 South Raleigh Avenue
Suite 9B
Atlantic City, NJ  08401
609-335-4719
By:  Thomas B. Reynolds, Esquire
(Atty. ID #019311982)
Attorney for Defendant, Officer Joseph Dixon
File No. 8111-TBR

| | |
|---|---|
| AUDRA CAPPS; AND DOUGLAS ROBERT GIBSON, JR., <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH DIXON; BRYAN ORNDORF; JODY FARABELLA; CITY OF MILLVILLE; JOHN/JANE DOE(S), <br><br> Defendants. | THE UNITED STATES DISTRICT COURT <br><br> CIVIL NO. 1:19-CV-12002-RMB-AMD <br><br> CIVIL ACTION <br><br> **CERTIFICATION OF FILING AND SERVICE OF NOTICE OF MOTION FOR DISMISSAL ON BEHALF OF DEFENDANT JOSEPH DIXON** |

I, Thomas B. Reynolds, hereby certify that the Notice of Motion for Dismissal on behalf of defendant Joseph Dixon, Statement of Material Facts, Brief, Certification of Counsel and attached Exhibits, have been filed with the Court and served on all counsel via the Court's electronic filing system.

                                                     **REYNOLDS & HORN, P.C.**

                              By:      /s/ Thomas B. Reynolds

Dated:  10/17/20
                                              THOMAS B. REYNOLDS, ESQUIRE
                                              Attorney for Defendant Joseph Dixon