EXHIBIT B--Dixon Motion (Capps v. Millville, et als.)




# Millville Police Department
18 South High Street, Millville, NJ 08332
Phone: 856-825-7010  Fax: 856-825-2899  Mun. Code: 0610
### Supplemental Investigation Report

**Incident Details:**

| Case Number | Time Reported | Date Reported | Time Occurred | Date Occurred | Occurrence Between Date/Time of | Time Occurred | Date Occurred | 911 | Complete |
|---|---|---|---|---|---|---|---|---|---|
| 18-04900C | | 11/19/18 | | | | | | | X |

**Incident Type:** Follow up

**Incident Location:**
Street #: 612  Street Name: West Main Street
Business / Common Location Name: Clark's Liquor

**Contact Information:** Victim  Suspect  Complainant  Witness  Driver  Arrest  Patient  Missing  Location  Other

| Code | Contact Name #1 | MI | Suffix | Age | Sex | Race | DOB | SSN |
|---|---|---|---|---|---|---|---|---|
| O | Capps, Audra | | | 51 | F | | ▉/1967 | ▉-4132 |

Address: ▉, Greenwich, NJ 08323-2408

**Property Information:**

| Value of Stolen Property | Currency | Jewelry | Furs | Clothing | Auto | Misc. | Total |
|---|---|---|---|---|---|---|---|
| Value of Stolen Property Recovered | | | | | | | |

**Automobile Information:**

| | Vehicle Code | Year | Make | Body Type | Color | Registration | State | VIN |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |

**Narrative:**

Case Disposed on 11/19/18  S-2018-342 Audra Capps  Guilty Plea Charge 2C: 29-2A(1) Resisting Arrest & Ticket # 215581  Audra Capps  Guilty Plea Charge 39: 4-50 DWI & Ticket #'s 214073, 214074, 215582 & 215583 ALL Dismissed as per Merger, Case Closed.

Evidence NO longer needed: (BEAST SYSTEM: Items 1-3 ), Case Closed.

**Officer of Record:** S.O. Paul Deckert  616  **Date:** 11/19/18

**Other Reports Filed:** MVA  Arrest  DV  DWI **X** DWIQ  Tow **X** SD  CI  TRO  SHA  Prop.  Evdn  UOF  Prst  Supp **X** Juv  Bias  Pris

**Reviewed By:** 91

Millville/000014

# MILLVILLE POLICE DEPT.
## DRINKING - DRIVING REPORT

**CASE NUMBER:** 18-04900
**SEQUENTIAL FILE NUMBER:** 01289

| Field | Value |
|---|---|
| (1) Defendant | Audra Capps |
| (2) Age | 50 |
| (3) Sex | F |
| (4) Weight | 90 |
| (5) Eye Color | BRO |
| (6) Race | 1B |
| (7) Street Address | [redacted] |
| (8) City and State | Greenwich, NJ 08323-2408 |
| (9) Summons No. (Drinking Driving/Allowing ONLY) | 215581 |
| (10) Driver's License Number and State | [redacted] NJ |
| CDL | (unchecked) |
| (11) Day of Week | 1 |
| Violation Date | 2/25/2018 |
| Military Time | 20:22 |
| (12) Year / Color / Make of Vehicle Used | 03 GRAP JEE |
| (13) License Number and State | [redacted] NJ |
| (14) Vehicle Code | — |
| (15) Name of Vehicle Owner | Capps, Audra |
| (16) Address of Owner | [redacted], Greenwich, NJ 08323-2408 |
| (17) Municipality of Violation | Millville |
| Code No. | 0610 |
| (18) Roadway or Location | West Main Street |
| (19) County | Cumberland |
| (20) Arrested By - Badge Number - Station | P.O. Joseph Dixon  172 |
| (21) Tested By - Badge Number - Station | P.O. Joseph Dixon  172 |

**(22) ACCIDENT INVOLVED:** [X] 1 NONE

**(23) EXAMINATION:** (none checked); LABRATORY: Yes/No unchecked

**(24) SUMMONS ISSUED FOR:**
- [X] 1. 39:4-50 INFLUENCE
- [X] 6. SUMMONS NUMBER (39:4-50.2 Refusal) — 215583

**OBSERVATIONS WERE:**

**(25) ABILITY TO WALK:** [X] SWAYING, [X] SAGGING

**(26) ABILITY TO STAND:** [X] SWAYING, [X] SAGGING KNEES

**(27) SPEECH:** [X] SLURRED, [X] STUTTERING

**(28) DEMEANOR:** [X] FIGHTING, [X] EXCITED, [X] ANTAGONISTIC

**(29) ACTIONS:** [X] RESISTING

**(30) EYES:** [X] BLOODSHOT, [X] DROOPY LIDS

**(31) CLOTHING:** (none checked)

**(32) MOVEMENT OF HANDS:** [X] FUMBLING

**(33) FACE:** [X] FLUSHED

**(34) ODOR OF ALCOHOLIC BEVERAGE ON BREATH:** [X] YES

**(35) REMARKS:** —

PAGE 1 OF 1 PAGES

EXHIBIT B--Dixon Motion (Capps v. Millville, et als.)




# Millville Police Department
18 South High Street, Millville, NJ  08332
Phone: 856-825-7010  Fax: 856-825-2899  Mun. Code: 0610

## DWI Questionnaire

| Defendant (Lastname, Firstname) | MI | Case Number | Sequential File No. |
|---|---|---|---|
| Capps, Audra | | 18-04900 | 01289 |

| No Cell Phone or Portable Electronic Device in Area | Start Time of Face to face Observation |
|---|---|
| X | 02/25/18      20:38 |

**The Following questions were asked:**

On 02/25/18   at  20:38      20 minutes minimum face to face observation completed   X

| Are you Sick? If Yes, Explain: | Occupation |
|---|---|
| ************************** | N/A |

| Are you under the care of a Doctor? If so, provide name & address | Last Visit |
|---|---|
| ****************************** | Date:          Time: |

| Are you taking Medicine? If so, What and What for? | Last Dose? |
|---|---|
| ********************************** | Date:          Time: |

| Do you have Diabetes? | Are you taking Insulin? | Last Dose? |
|---|---|---|
| ************** | ********************* | Date:          Time: |

| Are you Injured? | Where? |
|---|---|
| *********** | ************************* |

**Are your injuries Affecting you now? If so, What and How?**
*************************

**Note any Physical Injuries or Deformities observed:**
***********************************

## Advise Subject of Miranda Warning:

| What kind of Alcoholic Drinks have you had? | How Many? |
|---|---|
| ***************************** | |

| Where? | Time between each drink? |
|---|---|
| ********************************** | |

| When did you have your first drink? | When did you have your last drink? |
|---|---|
| Date:          Time: | Date:          Time: |

| What time did you finish eating? | What did you eat? |
|---|---|
| | ********************************************** |

**Remarks:**
Subject refused to answer questions

| Officer: | Copy given to subject | Reviewed by |
|---|---|---|
| P.O. Joseph Dixon  172 | On | 102 |

Millville/000016

EXHIBIT B--Dixon Motion (Capps v. Millville, et als.)

Case Number: **18-04900**

## N.J. ATTORNEY GENERAL'S STANDARD STATEMENT
## FOR MOTOR VEHICLE OPERATORS (N.J.S.A. 39:4-50.2(e))
### (revised & effective July 1, 2012)

*Enter Defendant's Name* Capps, Audra

*The police officer shall read the following:*

1. You have been arrested for driving while intoxicated. N.J.S.A. 39:4-50.

2. The law requires you to submit samples of your breath for the purpose of testing to determine alcohol content.

3. A record of the taking of the breath samples, including the test results, will be made. Upon your request, a copy of that record will be made available to you.

4. After you have provided samples of your breath for testing, you have the right, at your own expense, to have a person or physician of your own selection take independent samples of your breath, blood or urine for independent testing.

5. If you refuse to provide samples of your breath, you will be issued a separate summons for the refusal. A court may find you guilty of both refusal and driving while intoxicated.

6. If a court finds you guilty of the refusal, you will be subject to various penalties, including license revocation of up to 20 years, a fine of up to $2000, installation of an ignition interlock, and referral to an Intoxicated Driver Resource Center. These penalties may be in addition to penalties imposed by the court for any other offense of which you are found guilty.

7. You have no legal right to have an attorney, physician or anyone else present for the purpose of taking the breath samples. You have no legal right to refuse to give, or delay giving, samples of your breath.

8. Any response from you that is ambiguous or conditional, in any respect, to my request that you provide breath samples, will be treated as a refusal to submit to breath testing. Even if you agree to take the test, but then do not follow my instructions, do not properly perform the test, or do not provide sufficient breath samples, I will charge you with refusal to submit to breath testing.

9. I repeat, the law requires you to submit samples of your breath for testing. Will you submit the samples of your breath?

Answer No

*If the arrested person does not respond, or gives any ambiguous or conditional answer short of an unequivocal "yes," the police officer shall read the following.*

Your answer is not acceptable. The law requires that you submit samples of your breath for breath testing. If you do not answer, or answer with anything other than "yes," I will charge you with refusal. Now, I ask you again, will you submit to breath testing?

Answer No

Millville/000017

EXHIBIT B--Dixon Motion (Capps v. Millville, et als.)

POTENTIAL LIABILITY WARNING - *N.J.S.A.* 39:4-50.22 (Rev. 2-20-2004) FORM

| Defendant Information | | Case # 18-04900 |
|---|---|---|
| Name: Last, First, M.I.<br>Capps, Audra | DL# & State<br>NJ | **Arresting Officer Information** |
| Street Address | Birth Date<br>67 | Name: Last, First, M.I. Rank<br>P.O. Joseph Dixon  172 |
| Town, State ZIP<br>Greenwich, NJ 08323-2408 | Arrest: Date & Time<br>02/25/18    20:22 | Badge #<br>172 |
| Violation(s) Charged:<br>(*Check appropriate boxes*) | [X] *N.J.S.A.* 39:4-50(a), DWI<br>[X] *N.J.S.A.* 39:4-50.2, Refusal to submit to chemical breath testing | |

You have been summoned by, or on behalf of, the person whose name appears above as "defendant," to transport or accompany the defendant from this law enforcement agency. The defendant has been arrested and charged with one or both of the motor vehicle violations checked in the box above. Pursuant to *N.J.S.A.* 39:4-50.22, this **WARNING** is to advise you that if you accept responsibility to transport or accompany the defendant, and you permit or facilitate the operation of a motor vehicle by the defendant while the defendant is intoxicated or has a blood alcohol concentration at, or above, that permitted by law (*N.J.S.A.* 39:4-50), then you are potentially subject to criminal penalties and civil liability.

Permitting a person who is intoxicated or who has a blood alcohol concentration at, or above, that permitted by law, to operate a motor vehicle is a violation of *N.J.S.A.* 39:4-50(a). If you are charged and convicted under that statute: your driving privilege will be suspended; fines and monetary penalties will be imposed; and you may be incarcerated. If you permit or facilitate the defendant to operate a motor vehicle while the defendant remains intoxicated or has a blood alcohol concentration at, or above, that permitted by law, and the defendant becomes involved in a motor vehicle collision where other persons are injured or killed, then you may be subject to indictment and criminal prosecution. If you are prosecuted and found guilty, the court can impose fines and mandatory penalties, and a prison sentence. In addition to any criminal liability, if you permit or facilitate the defendant to operate a motor vehicle while the defendant remains intoxicated or has a blood alcohol concentration at, or above, that permitted by law, and the defendant becomes involved in a motor vehicle collision where there is property damage, or personal injury or death, then you may be held liable for civil damages, and those damages may not be covered by insurance.

| Person Acknowledging Receipt | Law Enforcement Officer |
|---|---|
| **Gibson, Douglas**<br>Print Name | **P.O. Joseph Dixon  172**<br>Print Name |
| Street Address | **Patrolman #172**<br>Rank & Badge No. |
| **Greenwich, NJ 08323**<br>City & State | **02/25/18       22:00**<br>Date & Time of Acknowledgment |

**ACKNOWLEDGMENT OF RECEIPT OF POTENTIAL LIABILITY WARNING**

I, _____, have received this **POTENTIAL**
*Signature of Person Summoned*
**LIABILITY WARNING** from the Law Enforcement Officer whose name appears below.

**REFUSAL TO ACKNOWLEDGE, IN WRITING,
RECEIPT OF POTENTIAL LIABILITY WARNING**

_____, was given a copy of this **POTENTIAL**
*Print Name of Person Summoned*
**LIABILITY WARNING**, but refused to sign the acknowledgment of receipt.

_____        _____
Signature of Law Enforcement Officer         Date & Time of Refusal to Acknowledge

Millville/000018