

## DIVISION OF CRIMINAL JUSTICE
### Supplement Report

*Page 6 of 8*

Corps.

Officer Delfinado is currently assigned to the Neighborhood Crime Prevention Unit (NCP). This unit primarily investigates narcotics. They are tasked to investigate gun and drug related offenses, would conduct surveillance, and arrest those with warrants. In order to be placed on the NCP Unit, an officer must apply and be interviewed. They are usually selected because they are proactive and this unit is given to officers who have done a good job. An officer is on this unit until they are taken off of it. At one point, Officer Delfinado worked with Officer Dixon on the NCP Unit but noted Officer Dixon was injured due to a shoulder injury when he jumped a fence. After this injury, Officer Dixon was out for most of his time on the NCP Unit until the unit was disbanded due to man power shortage issues.

Officer Delfinado stated he does not have any issues with the citizens of Millville but did not know the relationship between patrol and the community is poor. The citizens do not have any respect for the patrol officers. They are disrespectful and it is common for the citizens to resist arrest.

Officer Delfinado said Millville Police Department does not have assigned zones. An officer can be dispatched to any call in any section at any given time.

During their in-service, Officer Delfinado stated the Millville Police Department is trained twice a year on use of force policy, vehicle pursuit, and firearms. The Use of Force Report is generated every time force is used. He said supervisors have never addressed any of his Use of Force Reports since he worked in Millville nor doe he believe that it is routine to speak to anyone about their use of force.

Officer Delfinado stated he is aware of the Audra Capps incident but does not remember any details of her arrest. He knows that he was called in to operate the Alcotest machine because he was free. He did the 20 minute observation period and she was crying the entire time.

July 11, 2019

### Interview of Officer Bryan Orndorf

At approximately 13:00 hrs, Lieutenant Lisa Cawley, Deputy Attorney General Brian Uzdavinis, and I met with Officer Orndorf at the Division of Criminal Justice's Southern Headquarters in the conference room. Officer Orndorf was advised that even though Internal Affairs Detective Loteck requested him to meet with us, he was not obligated to answer any questions and this does not fall under Internal Affairs procedure. Officer Orndorf agreed to speak to us.

Officer Orndorf has worked for the Millville Police Department for approximately four (4) years. He graduated from the Atlantic County Police Academy on February 11, 2016. He is currently assigned to patrol and works the twelve (12) hour Pitman schedule. He switches from nights to day every six (6) weeks. Besides the training he received in the academy, he has gone to an investigation school and an interview and interrogation school.

| Reporting Investigator | Reporting Investigator Signature | Date of Report | Supervisor |
|---|---|---|---|
| AKKE, ALISON | | 09/03/2019 | |

*DIVISION OF CRIMINAL JUSTICE Invest Report*

P1946



**DIVISION OF CRIMINAL JUSTICE**
*Supplement Report*

*Page 7 of 8*

Officer Orndorf stated Millville Police Department reviews the Use of Force Policy when they go to the range. He believes they do this once a year but the training is very repetitive and does not recall the exact procedure. Use of Force Reports are typically generated when more than normal force is used, such as a take down method. Officer Orndorf said he does not do Use of Force Reports often and prefers to talk to someone as opposed to using force.

Officer Orndorf stated on the night of the incident, he was working night shift with Officer Dixon for about a year. Officer Dixon switches squads often but is not sure the exact reason. On this night, Officer Orndorf was doing reports in the station when a call came out for a vehicle driving erratically. He left the station and located the vehicle. The vehicle swerved a few times between the fog and center line. Officer Orndorf activated the over head lights and initiated a traffic stop in the area of the cemetery.

Officer Orndorf approached Capp's vehicle and smelled a strong odor of an alcoholic beverage in the cabin of her vehicle. He noticed a Miller Lite can unopened in the vehicle as well. Officer Orndorf is not trained in Standardized Field Sobriety Testing so he requested Officer Dixon to assist him.

Officer Orndorf moved a police vehicle to the parking lot of the liquor store. He was not sure if this was Officer Dixon's or his vehicle. Officer Orndorf stood to the side of the vehicle he moved in close proxcimity of Officer Dixon. He said he does not like to be seen on tape. Officer Orndorf stated during this incident Capps was nervous and uncooperative. She only wanted to call her husband.

After testing was completed, Officer Dixon went to place Capps under arrest. She moved away from him and he preformed a hip toss maneuver to take her to the ground. Officer Orndorf stated he believes that Officer Dixon did this maneuver because his training kicked in and it is a way to bring a subject to the ground quickly and effectively. He believes that Officer Dixon did the right thing and it is unfortunate that he was much larger than her, so injury occurred as a result of the size difference. Officer Orndorf learned how to do a hip toss in the academy and has never used it on the street because when he did it, he dislocated his hip.

When on the ground, Officer Orndorf came to assist Officer Dixon with handcuffing. He remembers Capps complaining that she could not breathe and she was placed in the police car. He does not remember if she asked to go to the hospital. Officer Orndorf stayed with Capp's vehicle and waited for the tow truck. He did not have any further interaction with her until he saw her at the police station.

While at the police station, he saw her on the second floor waiting for her husband. At this time she told him that her ribs were broken. Officer Orndorf asked if she wanted to go to the hospital. She responded to him, "Fuck you, my husband is coming". Officer Orndorf stated he did not know if Officer Dixon called for EMS at any time so he did not call rescue.

Officer Orndorf stated typically if someone is injured, they bring them back to the station, process them, and then call for EMS to respond to the station unless it is a serious injury. It is up to the arresting officer to make this call.

Officer Orndorf stated he knows that supervisors will go over Use of Force Reports with officers and address

| Reporting Investigator<br>AKKE, ALISON | Reporting Investigator Signature | Date of Report<br>09/03/2019 | Supervisor |
|---|---|---|---|

*DIVISION OF CRIMINAL JUSTICE Invest Report*

P1947



## DIVISION OF CRIMINAL JUSTICE
### Supplement Report

Page 8 of 8

any issues they see with them. However, he could not provide any examples except for the first one that he wrote.

Officer Orndorf stated there is a mix relationship between the public and the police. Depending on what is going on in the news they are either pro or anti police. He has encountered times where the police were called for help and that same person refused police assistance.

There is no further information at this time.

| Reporting Investigator<br>AKKE, ALISON | Reporting Investigator Signature | Date of Report<br>09/03/2019 | Supervisor |
|---|---|---|---|

DIVISION OF CRIMINAL JUSTICE Invest Report

P1948