# *Louis Charles Shapiro, P.A.*

*1063 East Landis Avenue*
*Vineland, New Jersey 08360*
*Telephone (856) 691-6800; Facsimile (856) 794-3326*

**LOUIS CHARLES SHAPIRO**
CERTIFIED CRIMINAL TRIAL ATTORNEY
LL.M. IN TRIAL ADVOCACY
MEMBER OF NJ AND PA BARS

**SAMUEL L. SHAPIRO**
ATTORNEY AT LAW
COUNSELOR AT LAW
1940 (ADMITTED TO NJ BAR) - 1996

Email: shap1@prodigy.net
Website: www.louischarlesshapiro.com

January 24, 2022

Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse, Room 2010
1 John F. Gerry Plaza, 4th & Cooper Streets
Camden, New Jersey 08101

    Re:    Audra Capps, et al. v. Joseph Dixon, et al.
                Case No.: 1:19-cv-12002-RMB-AMD

             Tanika Joyce, et al v. Joseph Dixon, et al.
             Case No.: 1:20-cv-01118– RMB-AMD

Dear Judge Donio:

      I represent Plaintiffs in the Capps and Joyce cases. I am in receipt of text orders scheduling these matters for a telephone conference at January 27, 2022 at 1:30 p.m. I write simply to request a different date and/or time. As of 1:10 p.m. on January 27th I will be on a flight from Atlantic City to Tampa for purposes of vacation. I will be returning to the office on February 14th. Alternatively, I am available at any time tomorrow, or until 3 p.m. on Wednesday, January 26, 2022. If those dates/times are not available as alternates, please advise. I thank the Court for its consideration of this request.

                                                 Respectfully,

                                                 LOUIS CHARLES SHAPIRO

cc:    A. Michael Barker, Esquire (w/o encl., copies by ECF)
        Thomas Reynolds, Esquire (w/o encl., copies by ECF)
        Justin T. Loughry, Esquire (By email)