## Louis Charles Shapiro, P.A.

*1063 East Landis Avenue*
*Vineland, New Jersey 08360*
*Telephone (856) 691-6800; Facsimile (856) 794-3326*

**LOUIS CHARLES SHAPIRO**
CERTIFIED CRIMINAL TRIAL ATTORNEY
LL.M. IN TRIAL ADVOCACY
MEMBER OF NJ AND PA BARS

**SAMUEL L. SHAPIRO**
ATTORNEY AT LAW
COUNSELOR AT LAW
1940 (ADMITTED TO NJ BAR) - 1996

Email: shap1@prodigy.net
Website: www.louischarlesshapiro.com

May 4, 2022

**BY ELECTRONIC FILING (ECF)**
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse, Room 2010
1 John F. Gerry Plaza, 4th & Cooper Streets
Camden, New Jersey 08101

    Re:    Audra Capps, et al. v. Joseph Dixon, et al.
             Case No.: 1:19-cv-12002-RMB-AMD

           Tanika Joyce, et al v. Joseph Dixon, et al.
           Case No.: 1:20-cv-01118– RMB-AMD

           Barry Cottman v. Joseph Dixon, et al.
           Case No.: 1:19-cv-14122–NLH-AMD

Dear Judge Donio:

    As the Court will recall, I represent the Plaintiffs in the Capps and Joyce cases. Pursuant to the Court's April 20, 2022 Scheduling Order, the parties were to advise whether they intend to pursue private mediation or whether they seek a settlement conference with the Court.

    As mentioned during the last telephone conference with Your Honor, I advised that Plaintiffs would be willing to participate in mediation. I would also add that we would be willing to participate in a settlement conference with the Court. However, if these cases are to be settled, the Defendants would need to be serious about pursuing a resolution, the cases would need to be settled globally, and all at the same time, rather than in piecemeal fashion.

    At the last telephone conference, Defendants' position on participating in mediation was

unclear. Since that time, and as of this writing, Defendants have not contacted me by any means on these subjects. As such, unless I hear something dramatic to the contrary, it appears that I have my answer.

       I thank the Court for its time and attention to this case.

Respectfully,

LOUIS CHARLES SHAPIRO

cc:    A. Michael Barker, Esquire (By ECF)
        Thomas B. Reynolds, Esquire (By ECF)
        Justin T. Loughry, Esquire (By email)