# BARKER, GELFAND, JAMES & SARVAS

ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

*Atlantic County Office:*
210 New Road
Linwood Greene – Suite 12
Linwood, New Jersey 08221
(609) 601-8677
(609) 601-8577 – Telefax

A. MICHAEL BARKER *
TODD J. GELFAND **
VANESSA E. JAMES **+
JEFFREY P. SARVAS

GREG DILORENZO
ADAM E. BARKER

*Burlington County Office:*
1 Eves Drive, Suite 111
Marlton, New Jersey 08053
(609) 601-8677
(609) 601-8577 – Telefax
E-Mail:
TGelfand@BarkerLawFirm.net
*By Appointment Only*

* CERTIFIED BY THE SUPREME COURT OF
  NEW JERSEY AS A CIVIL TRIAL ATTORNEY
** LICENSED TO PRACTICE IN PENNSYLVANIA
+ ASSOCIATION OF WORKPLACE
  INVESTIGATORS – CERTIFICATE HOLDER

Website: www.barkerlawfirm.net
e-mail: AMBarker@BarkerLawFirm.net

*Gloucester County Office:*
91 Circle Avenue
Pitman, New Jersey 08071
(856) 244-1854
Email: VJames@BarkerLawFirm.net
*By Appointment Only*

**PLEASE REPLY TO**
**ATLANTIC COUNTY OFFICE**

May 16, 2022

*via ECF*
The Honorable Ann Marie Donio, USMJ
United States District Court
District of New Jersey/ Camden Vicinage

Re:  Audra Capps v. City of Millville, Police Officer Joseph Dixon, Police Officer Bryan Orndorf, and Millville Chief of Police Jody Farabella
Civil Action Number: 1:19-cv-12002-RMB-AMD

Tanika Joyce v. City of Millville, Jody Farabella, Joseph Dixon
Civil Action Number: 1:20-cv-01118-RMB-AMD

Barry Cottman v. City of Millville, Jody Farabella, Joseph Dixon, Robert Runkle
Civil Action Number: 1:19-cv-14122-NLH-AMD

Dear Judge Donio:

Our firm represents Defendants Chief Jody Farabella, Officer Bryan Orndorf (Capps case only), and the City of Millville in the above-captioned matters.

Per the Court's Order of May 12, 2022, concerning Plaintiffs' April 18, 2022 Motion to Seal, relating to the October 14, 2021 Motion to Compel, we write to advise the Court and all parties that, after further review and consideration,

Page 2
May 16, 2022
United States District Court
Re:         Capps v. Millville, et. al.
            Joyce v. Millville, et. al.
            Cottman v. Millville, et. al.
_____

Defendants do not object to the motion documents being filed on the public docket. The brief filed in support of Plaintiffs' October 14, 2021, Motion to Compel does not need to be filed under seal or with redactions; however, the exhibits filed in support of the motion, while they do not need to be filed under seal, they should be filed in their current redacted form.

    Thank you for your time and attention to this matter.

                          **BARKER, GELFAND, JAMES & SARVAS**
                          **a Professional Corporation**

                By:    s/A. Michael Barker
                         A. Michael Barker, Esquire

AMB


Cc:    Louis Shapiro, Esquire
       shap1@prodigy.net

       Justin Loughry, Esquire
       jtloughry@loughryandlindsay.com

       Thomas B. Reynolds, Esquire
       treynolds@reynoldshornlaw.com